**UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| GEMINI TECH SERVICES LLC,<br>*Plaintiff,*<br>v.<br>THE UNITED STATES,<br>*Defendant.* | Case No. 25-484 C<br>Judge |

**MOTION FOR PROTECTIVE ORDER (UNOPPOSED)**

Gemini Tech Services LLC respectfully requests the Court issue its "standard" protective order (COFC Form 8) in this protest. The Government does not oppose this request.

The Court will issue a protective order, for good cause shown, "limit[ing] or prohibit[ing] a nonparty's remote electronic access to a document filed with the court," RCFC 5.2(e)(2), and "requiring that a trade secret or other confidential research, development, or commercial information not be revealed or be revealed only in a specified way[.]" RCFC 26(c)(1). The Court will find good cause if "specific prejudice or harm will result if no protective order is granted." *Davita Healthcare Partners, Inc. v. United States*, 131 Fed. Cl. 42, 43 (2017) (citing *Phillips v. Gen. Motors Corp.*, 307 F.3d 1206, 1210–11 (9th Cir. 2002)).

Good cause exists here. First, this action was preceded by a GAO protest and, as a condition of GAO's protective order, Gemini must request that the Court enter a protective order here. Beyond that, resolution of this action is likely to involve discussion of confidential, proprietary, and source-selection sensitive information, the disclosure of

which will lead to competitive harm. This includes vendor quotations and the agency's evaluations of those quotes. To protect confidential information that may be disclosed in this matter—and to accommodate the Government's production of a full administrative record, and to enable the Court's resolution of the issues raised—Gemini asks the Court to issue a protective order relating to the remainder of this protest.

The party seeking protection bears the burden of demonstrating that there is good cause for restricting the disclosure of the information at issue. *In re Violation of Rule 28(d)*, 635 F.3d 1352, 1357 (Fed. Cir. 2011) (citing *In re Deutsche Bank Trust Co. Ams.*, 605 F.3d 1373 (Fed. Cir. 2010)). Here, that burden is met because the matter will involve discussion of the agency's source selection decisions. A protective order will allow the parties to explore in greater detail any sensitive issues related to this information in their filings. Accordingly, good cause exists to issue a protective order.

Because a protective order will enable a full and fair resolution of this dispute, Gemini respectfully requests the Court issue a Protective Order.

March 17, 2025

Respectfully submitted,

*s/ Matthew T. Schoonover*
Matthew T. Schoonover
SCHOONOVER & MORIARTY LLC
130 N. Cherry Street, Ste. 300
Olathe, Kansas 66061
Telephone: (913) 354-2630
*mschoonover@schoonoverlawfirm.com*

*Counsel for Gemini Tech Services LLC*

*Of counsel*
Ian P. Patterson
Timothy J. Laughlin
Haley M. Sirokman

**Certificate of Service**

A copy of this document was submitted to the Clerk's Office through the Court's electronic filing system for service on the United States. RCFC 4(a).

March 17, 2025

*s/ Matthew T. Schoonover*
Matthew T. Schoonover